NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MARCUS ALEX CASH,**
*Petitioner*

**v.**

**CENTRAL INTELLIGENCE AGENCY,**
*Respondent*

———————————

2022-1852

———————————

Petition for review of the Merit Systems Protection Board in No. AT-844E-16-0508-I-1.

———————————

Before HUGHES, MAYER, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

Responding to the court's July 6, 2022 order, the parties jointly request transfer of this matter, involving a claim of discrimination, to the United States District Court for the Middle District of Georgia.  *See* 5 U.S.C. § 7703(b)(2), *Perry v. Merit Sys. Prot. Bd.*, 137 S. Ct. 1975, 1985 (2017); *Ash v. OPM*, 25 F.4th 1009, 1011 (Fed. Cir. 2022).

Upon consideration thereof,

2                              CASH v. CENTRAL INTELLIGENCE AGENCY

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, this matter and all transmittals are transferred to the United States District Court for the Middle District of Georgia.

FOR THE COURT

August 8, 2022                              /s/ Peter R. Marksteiner
      Date                                  Peter R. Marksteiner
                                            Clerk of Court